FILED
2021 May-03  PM 03:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

ELECTRONICALLY FILED
3/29/2021 1:27 PM
47-CV-2021-900402.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

# IN THE CIRCUIT COURT FOR THE TWENTY-THIRD
## JUDICIAL CIRCUIT OF MADISON COUNTY ALABAMA

| | |
|---|---|
| SHERELL ANNE DOLNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) Civil Action: |
| | ) |
| AETNA LIFE INSURANCE COMPANY, | ) |
| An insurance company licensed by the | ) |
| State of Alabama; THE HARTFORD | ) |
| FINANCIAL SERVICES GROUP, INC., | ) |
| A corporation; and HARTFORD LIFE AND | ) |
| ACCIDENT INSURANCE COMPANY, | ) |
| An insurance company licensed by the | ) |
| State of Alabama, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

[Breach of Contract/ Long Term Disability Group Disability Insurance policy /Employee Benefit Plan]

1. The Plaintiff is Sherell Anne Dolney and she is over the age of nineteen years and of sound mind. The Plaintiff was employed by The Boeing Company in Huntsville, Madison County, Alabama as an Engineering Technical Support Specialist at the time that her disability began on December 31, 2008. The Plaintiff is currently a resident of Ardmore, Tennessee.

2. The Defendant Aetna Life Insurance Company is an insurance company that is licensed to sell and administer disability group insurance policies by the State of

DOCUMENT 2

Alabama and in this particular matter did issue the Long Term Disability Group Insurance policy that provided benefits to the employees of The Boeing Company in Huntsville, Madison County, Alabama on December 31, 2008 when the Plaintiff was first determined to be disabled.

3. The Defendant Aetna Life Insurance Company was designated by the Long Term Disability Group Disability Insurance policy as both the actual administrator and the claims administrator of the Long Term Disability Group Disability Insurance policy that provided disability insurance coverage for the employees of The Boeing Company in Huntsville, Madison County, Alabama.

4. The Defendant The Hartford Financial Services Group, Inc., is a corporation, also known as The Hartford, that functions as the administrator for Long Term Disability Group Disability Insurance policy benefits based on the Long Term Disability Group Disability Insurance policy that was issued by the Defendant Aetna Life Insurance Company to provide disability benefits to the employees of The Boeing Company in Huntsville, Madison County, Alabama.

5. The Defendant The Hartford Financial Services Group, Inc., did serve as the claims administrator for the Long Term Disability Group Disability Insurance policy issued by the Defendant Aetna Life Insurance Company to provide disability benefits to the employees of The Boeing Company employed in Huntsville, Madison

County, Alabama and to specifically include the disability benefits previously paid and currently due to the Plaintiff.

6. The Defendant Hartford Life and Accident Insurance Company is an insurance company that is a subsidiary of the Defendant The Hartford Financial Services Group, Inc., and through which the Defendant The Hartford Financial Services Group, Inc., serves as the claim administrator of the Long Term Disability Group Disability Insurance policy issued by the Defendant Aetna Life Insurance Company that insured the Plaintiff as an employee of The Boeing Company in Huntsville, Madison County, Alabama for disability benefits.

7. The Defendant Hartford Life and Accident Insurance Company is licensed by the State of Alabama to sell and administer disability insurance policies in the State of Alabama.

8. The Plaintiff was employed by The Boeing Company in Huntsville, Madison County, Alabama at the time that her disability began on December 31, 2008 and the Plaintiff did receive disability benefits based on the Long Term Disability Group Disability Insurance policy issued by the Defendant Aetna Life Insurance Company as a result of her disability while employed by The Boeing Company in Huntsville, Alabama in December, 2008.

9. The Defendants Aetna Life Insurance Company, The Hartford Financial Services Group, Inc., and Hartford Life and Accident Insurance Company did and does

continue to administer and act as the claims administrator for the Long Term Disability Insurance policy issued to The Boeing Company to provide disability insurance for The Boeing Company's employees in Huntsville, Madison County, Alabama, including the Plaintiff. Venue is therefore proper in Madison County, Alabama pursuant to both Alabama Code § 6-3-7 and Alabama Code § 6-3-4.

10. This Court has jurisdiction of this matter as it involves the failure to pay disability insurance benefits pursuant to the terms of a Long Term Disability Group Disability Insurance policy issued by the Defendant Aetna Life Insurance Company to provide group disability insurance coverage for the employees of The Boeing Company in Huntsville, Madison County, Alabama and is therefore within the general jurisdiction of this Court. In addition, to the extent that the Long Term Disability Group Disability Insurance policy may be construed as an employee welfare benefit plan, this Court has jurisdiction pursuant to 29 U.S.C. § 1132(e)(1).

11. The Plaintiff was employed by The Boeing Company in Huntsville, Madison County, Alabama as an Engineering Technical Support Specialist at the time that her disability began on December 31, 2008.

12. The Plaintiff was transferred from short term disability benefits to disability benefits under the Long Term Disability Group Disability Insurance policy issued by the Defendant Aetna Life Insurance Company in July, 2009 upon the completion of the "waiting period" under the terms of the Long Term Disability Group

Disability Insurance policy issued by the Defendant Aetna Life Insurance Company to provide group disability benefits to the employees of The Boeing Company in Huntsville, Madison County, Alabama.

13. In the year 2019, the Defendant Aetna Life Insurance Company began a review of the disability benefits that the Plaintiff had received and was receiving as a result of the disability she suffered as an employee of The Boeing Company in Huntsville, Madison County, Alabama on December 31, 2008.

14. The Defendant Aetna Life Insurance Company issued a decision on October 18, 2019 that determined that the Plaintiff was no longer disabled under the terms of the Long Term Disability Group Disability Insurance policy issued by the Defendant Aetna Life Insurance Company to provide disability benefits to the employees of The Boeing Company in Huntsville, Madison County, Alabama.

15. The Plaintiff filed an appeal of the decision by the Defendant Aetna Life Insurance Company denying continuing disability benefits to her on October 18, 2019 and the Defendant The Hartford Financial Services Group, Inc. contacted the Plaintiff by a letter dated April 15, 2020 and informed the Plaintiff that the Defendant The Hartford Financial Services Group, Inc. would be acting as the claims administrator for the appeal of the decision previously issued by the Defendant Aetna Life Insurance Company to deny benefits to the Plaintiff under the Long Term Disability Group Disability Insurance policy issued by the Defendant Aetna Life

Insurance Company to provide disability benefits to the employees of The Boeing Company in Huntsville, Madison County, Alabama.

16. By a separate mailing to the attorney for the Plaintiff, the Defendant Hartford Life and Accident Insurance Company did inform the attorney for the Plaintiff that the Defendant The Hartford Financial Services Group, Inc. and the Defendant Hartford Life and Accident Insurance Company would be acting jointly as the claims administrator for the appeal of the decision issued by the Defendant Aetna Life Insurance Company on October 18, 2019 to deny benefits to the Plaintiff under the Long Term Disability Group Disability Insurance policy issued by the Defendant Aetna Life Insurance Company to provide disability benefits to the employees of The Boeing Company in Huntsville, Madison County, Alabama.

17. On June 23, 2020, the Defendants The Hartford Financial Services Group, Inc. and Hartford Life and Accident Insurance Company  issued a decision that denied the Plaintiff's appeal of the October 18, 2019 decision of the Defendant Aetna Life Insurance Company.

18. The Plaintiff was not provided with a copy of the June 23, 2020 decision of the Defendants until October 14, 2020.

19. As a part of the review process by the Defendants, they retained and obtained an opinion from an "independent Physician" in Physical and Rehabilitation Medicine and based the decision of June 23, 2020 upon that opinion.

20. When an opinion is obtained that provides a rationale for the basis of a decision, before an "an adverse benefit determination on review on a disability benefit claim" can be made 29 C.F.R. § 2560.503-1(h)(4)(ii) requires that the administrator must provide a claimant with a copy of the opinion and the basis for the opinion before an adverse benefit determination is given and the claimant must be permitted to respond prior to the adverse benefit decision being issued.

21. The Plaintiff was never provided by the Defendants with the opinion nor the rationale for the opinion of the "independent physician" in Physical and Rehabilitation medicine before the adverse benefit decision of June 23, 2020 was made and which decision was not provided to the Plaintiff until October 14, 2020.

22. Upon a request by the Claimant after receiving the October 14, 2020 decision, the Defendants did provide a copy of the "independent physician" opinion but that was after the decision of June 23, 2020 denying benefits was provided to the Plaintiff on October 14, 2020 and after the administrative review process had been exhausted leaving the Plaintiff with no opportunity to comment or refute the "independent physician" opinion during the administrative process. This conduct by the Defendants was a breach of their duties imposed by 29 C.F.R. § 2560.503-1(h)(4)(ii) and is therefore a breach of the Long Term Disability Group Disability Insurance policy issued by the the Defendant Aetna Life Insurance Company to provide disability benefits to the employees of The Boeing Company in Huntsville, Madison

County, Alabama.

23. The Plaintiff suffers numerous disabling conditions including but not limited to a transverse fracture of her left patella, and a set of May 29, 2019 x-rays of the cervical spine showing "C3 to 7 bone-on-bone.", and an examination by Dr. Freudenberger where he states with respect to the cervical spine, "Exam complaints are consistent with nerve root compression, C6 versus C7.", and Dr. Freudenberger has also stated as to an MRI of the cervical spine, once again, looks good with regard to cord; however, bone-on-bone involvement at both levels with advanced stenosis, right greater than left abutting exiting nerve roots."

24. The Plaintiff also has chronic pain and paresthesias in the right hand and arm. In an examination at Tennessee Valley Neurological Associates of April 8, 2015 it was found that, "Motor: muscle tone is decreased on right arm with diminished muscle bulk on right arm. Decreased grip on right with 4/5 prox weakness."

25. The Plaintiff underwent a lumbar spine x-ray on May 29, 2019 which found that "L4-5 bone-on-bone. L5-S1 disc space narrowing. An examination On August 13, 2019 by Dr. Freudenberger found there is limited flexion and extension of the lumbar spine. There is tenderness to palpation of the bilateral lumbar paraspinals. There is tender to palpation of the right sacroiliac joint. Strength is 5/5 of the bilateral lower extremities with the exception of the left EHL which is 4+/5. Sensation decreased along the right L5-S1 dermatome." A new MRI of the lumbar spine demonstrates

bone-on-bone involvement L4-5, L5-S1 with greatest stenosis is seen at the L5-S1 neural foramina."

26. In the Defendants decision of June 20, 2020, the decision reviewed none of the medical records described in the above paragraphs and instead relied solely on the "independent physician" review which also does not discuss the above described medical records.

27. The Defendant Aetna Life Insurance Company also had a Functional Capacity test performed on July 16, 2019 which found, "In this evaluator's opinion, the claimant may need additional breaks outside of normal work breaks; and may need day(s) between attempted work days to recuperate. The claimant may not be able to meet an 8 hour/5 days per week (40 hours per week) work schedule on a consistent basis even at the Sedentary level." *Functional Capacity Evaluation Report* 7-16-2019 p. 3. The report also limited Ms. Dolney to Sedentary work level at those times that she is able to perform work activities. *Functional Capacity Evaluation Report* 7-16-2019 p. 3. The testing also found that the "Hand Function: Fine Motor: Right: Poor, Left: Poor. *Functional Capacity Evaluation Report* 7-16-2019 p. 4. None of these limitations were taken into account by the "independent Physician".

28. The definition of "Total Disability" after the first thirty months that benefits are paid under the Long Term Disability Group Disability Insurance policy issued by the Defendant Aetna Life Insurance Company for the employees of The Boeing

Company in Huntsville, Madison County, Alabama states: "Thereafter during such period of total disability: You are not able, solely because of injury or disease, to work at any reasonable occupation."

29. The term "Reasonable Occupation" is defined by the Long Term Disability Group Disability Insurance policy issued by the Defendant Aetna Life Insurance Company to provide disability benefits to the employees of The Boeing Company in Huntsville, Madison County, Alabama as, "This is any gainful activity for which you are, or may reasonably become, fitted by education, training, or experience. It does not include work under an Approved Rehabilitation Program."

30. The Plaintiff was evaluated by a vocational expert on March 23, 2020 and following that testing and after a review of the medical records in this matter the vocational expert was of the opinion that the Plaintiff could not perform any competitive work in the labor market.

31. Based on the definitions contained in the Long Term Disability Group Disability Insurance policy issued by the Defendant Aetna Life Insurance Company, the medical records submitted to the Defendants, the Functional Capacity Evaluation that the Defendant Aetna Life Insurance Company had performed and the vocational evaluation, the Plaintiff remains disabled under the terms of the Long Term Disability Group Disability Insurance policy issued by the Defendant Aetna Life

Insurance Company for the employees of The Boeing Company in Huntsville, Madison County, Alabama.

32. The Defendants did breach the Long Term Disability Group Disability Insurance policy issued by the Defendant Aetna Life Insurance Company by refusing to continue the payments to the Plaintiff under the terms of the Long Term Disability Group Disability Insurance policy issued by the Defendant Aetna Life Insurance Company for the employees of The Boeing Company in Huntsville, Madison County, Alabama.

33. As proximate result of the Defendants breach of the Long Term Disability Group Disability Insurance policy issued by the Defendant Aetna Life Insurance Company and administered the Defendants Aetna Life Insurance Company, The Hartford Financial Services Group, Inc., and Hartford Life and Accident Insurance Company, the Plaintiff has suffered the loss of disability benefits due under the terms of the Long Term Disability Group Disability Insurance policy from October 18, 2019 through the present date and will continue to suffer the loss of benefits throughout the remaining term of the policy which shall end once the Plaintiff reaches the age of sixty-five years.

34. The Plaintiff was receiving in disability benefits from the Defendant Aetna Life Insurance Company the sum of $1867.00 per month when her benefits were terminated by the Defendants on October 18, 2019.

35. The Long Term Disability Group Disability Insurance policy issued by the Defendant Aetna Life Insurance Company to provide disability insurance benefits for the employees of The Boeing Company in Huntsville, Madison County, Alabama also requires increases in the amount of monthly benefits based on the CPI-W, Consumer Price Index for Urban Wage Earners and Clerical Workers which would apply to all future benefits under the terms of the Long Term Disability Group Disability Insurance policy.

36. The Plaintiff has exhausted all of the administrative remedies that are available under the terms of the Long Term Disability Group Disability Insurance policy issued by the Defendant Aetna Life Insurance Company  for the employees of The Boeing Company in Huntsville, Madison County, Alabama and benefits should have been continued.

37. The Plaintiff has met all of the conditions precedent under the terms of the Long Term Disability Group Disability Insurance policy issued by the Defendant Aetna Life Insurance Company  for the employees of The Boeing Company in Huntsville, Madison County, Alabama and benefits should have been continued.

38. The Long Term Disability Group Disability Insurance policy issued by the Defendant Aetna Life Insurance Company  for the employees of The Boeing Company in Huntsville, Madison County, Alabama does not contain any provision that provides that any of the Defendants in this matter have the discretionary

DOCUMENT 2

authority to determine eligibility for benefits or to construe the terms of the Long Term Disability insurance policy.

39. The Long Term Disability Group Disability Insurance policy issued by the Defendant Aetna Life Insurance Company for the employees of The Boeing Company in Huntsville, Madison County, Alabama is a contract to pay insurance benefits to the employees of The Boeing Company in the event that such employee becomes disabled within the terms of the Long Term Disability Group Disability Insurance policy and is not a trust document.

Wherefore, the Plaintiff demands a judgment against the Defendants for all of the benefits that have accrued under the terms of the policy and for the payment of all benefits which remain due to the Plaintiff under the terms of the policy in the future whether these damages are termed as actual, compensatory, or some other damage, attorney fees, costs and such other, further and different relief as this Court deems just, proper and equitable and in addition the Plaintiff would request that this matter be remanded back to the Defendants and that the Defendants be ordered to comply with 29 C.F.R. § 2560.503-1(h)(4)(ii).

Date: March _29___, 2021

DOCUMENT 2

Kenneth D. Hampton
Attorney for Plaintiff
Attorney ID: HAM033
2004 Poole Drive, Suite A
Huntsville, AL 35810
Telephone: 256-859-8900
Fax: 256-859-8853
Email: kenhampton@hiwaay.net

<u>Attorney Initiated Certified Mail Service:</u>

[1]
Aetna Life Insurance Company
C/O CT Corporation System
Registered Agent for Aetna Life Insurance Company
2 North Jackson Street
Suite 605
Montgomery, Alabama 36104

[2]
The Hartford Financial Services Group, Inc.
C/O CT Corporation System
Registered Agent for The Hartford Financial Services Group, Inc.
67 Burnside Avenue
East Hartford, CT 06108-3408

[3]
Hartford Life and Accident Insurance Company
C/O number CT Corporation System
Registered Agent for Hartford Life and Accident Insurance Company
2 North Jackson Street
Suite 605
Montgomery, Alabama 36104

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
Northern District of Alabama ▼

| | | |
|---|---|---|
| JUDITH WILLS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:21-cv-00041-JHE |
| HARTFORD LIFE INSURANCE COMPANY | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Peter H. Burke

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____04/16/2021_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____04/16/2021_____

HARTFORD LIFE INSURANCE COMPANY
*Printed name of party waiving service of summons*

*Signature of the attorney or unrepresented party*

William Wahlheim
*Printed name*
Maynard Cooper Gale
1901 Sixth Ave N Suite 1700
Birmingham, AL 35203

*Address*

wwahlheim@maynardcooper.com
*E-mail address*

(205) 254-1088
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

DOCUMENT 1

ELECTRONICALLY FILED
3/29/2021 1:27 PM
47-CV-2021-900402.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93    Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>47<br><br>Date of Filing:<br>03/29/2021 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA**

**SHERELL ANNE DOLNEY v. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SYSTE ET AL**

**First Plaintiff:** ☐ Business  ☑ Individual      **First Defendant:** ☑ Business  ☐ Individual
                     ☐ Government ☐ Other                              ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL  - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE  - Personal Property
- ☐ TORE  - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN  - Abandoned Automobile
- ☐ ACCT  - Account & Nonmortgage
- ☐ APAA  - Administrative Agency Appeal
- ☐ ADPA  - Administrative Procedure Act
- ☐ ANPS  - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX  - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT  - Civil Rights
- ☐ COND  - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP  - Contempt of Court
- ☑ CONT  - Contract/Ejectment/Writ of Seizure
- ☐ TOCN  - Conversion
- ☐ EQND  - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD  - Eviction Appeal/Unlawful Detainer
- ☐ FORJ  - Foreign Judgment
- ☐ FORF  - Fruits of Crime Forfeiture
- ☐ MSHC  - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB  - Protection From Abuse
- ☐ EPFA  - Elder Protection From Abuse
- ☐ QTLB  - Quiet Title Land Bank
- ☐ FELA  - Railroad/Seaman (FELA)
- ☐ RPRO  - Real Property
- ☐ WTEG  - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP  - Workers' Compensation
- ☐ CVXX  - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING       A ☐ APPEAL FROM          O ☐ OTHER
                                              DISTRICT COURT

            R ☐ REMANDED             T ☐ TRANSFERRED FROM
                                              OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO    Note: Checking "Yes" does not constitute a demand for a
                                                 jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**    ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

    HAM033              3/29/2021 1:27:44 PM              /s/ KENNETH D HAMPTON
    _____     _____          _____
                        Date                             Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**    ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☐ NO



AlaFile E-Notice

47-CV-2021-900402.00

To:  KENNETH D HAMPTON
     kenhampton@hiwaay.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

The following complaint was FILED on 3/29/2021 1:26:38 PM

Notice Date:     3/29/2021 1:26:38 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2021-900402.00

To: AETNA LIFE INSURANCE COMPANY, CT CORPORATION SYSTE
REGISTERED AGENT 2 NORTH
JACKSON STREET SUITE 605
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

The following complaint was FILED on 3/29/2021 1:26:38 PM

Notice Date:     3/29/2021 1:26:38 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2021-900402.00

To: THE HARTFORD FINANCIAL SERVICES GROUP INC, CT CORP
SYSTEM REGISTERED AGENT
67 BURNSIDE AVENUE
EAST HARTFORD, CT, 06108

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

The following complaint was FILED on 3/29/2021 1:26:38 PM

Notice Date:     3/29/2021 1:26:38 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2021-900402.00

To: HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, CT
CORPORATION SYSTEM, SUITE
605, 2 NORTH JACKSON ST
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

The following complaint was FILED on 3/29/2021 1:26:38 PM

Notice Date:     3/29/2021 1:26:38 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>47-CV-2021-900402.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
### SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY

**NOTICE TO:** AETNA LIFE INSURANCE COMPANY, CT CORPORATION SYSTE, REGISTERED AGENT 2 NORTH JACKSON STREET SUITE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), KENNETH D HAMPTON

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: SUITE A, 2004 POOLE DRIVE, HUNTSVILLE, AL 35810

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of SHERELL ANNE DOLNEY pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 03/29/2021 | /s/ DEBRA KIZER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.

/s/ KENNETH D HAMPTON

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____          _____

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>47-CV-2021-900402.00 |
| --- | --- | --- |

### IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
**SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY**

**NOTICE TO:** THE HARTFORD FINANCIAL SERVICES GROUP INC, CT CORP, SYSTEM REGISTERED AGENT 67 BURNSIDE AVENUE, EAST HARTFORD, CT 06108

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), KENNETH D HAMPTON

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: SUITE A, 2004 POOLE DRIVE, HUNTSVILLE, AL 35810

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of SHERELL ANNE DOLNEY
pursuant to the Alabama Rules of the Civil Procedure.          *[Name(s)]*

| 03/29/2021 | /s/ DEBRA KIZER | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ KENNETH D HAMPTON

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*                    *(Name of County)*

Alabama on _____.

*(Date)*

_____                    _____
*(Type of Process Server)*     *(Server's Signature)*      *(Address of Server)*

_____                    _____
*(Server's Printed Name)*      *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>47-CV-2021-900402.00 |
| --- | --- | --- |

### IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
**SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY**

**NOTICE TO:** HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, CT, CORPORATION SYSTEM, SUITE 605, 2 NORTH JACKSON ST, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), KENNETH D HAMPTON

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: SUITE A, 2004 POOLE DRIVE, HUNTSVILLE, AL 35810

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of SHERELL ANNE DOLNEY pursuant to the Alabama Rules of the Civil Procedure.      *[Name(s)]*

| 03/29/2021 | /s/ DEBRA KIZER | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ KENNETH D HAMPTON

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*            *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____          _____
*(Type of Process Server)*            *(Server's Signature)*            *(Address of Server)*

_____          _____
*(Server's Printed Name)*            *(Phone Number of Server)*

ELECTRONICALLY FILED
3/29/2021 3:40 PM
47-CV-2021-900402.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

**IN THE CIRCUIT COURT FOR THE TWENTY-_____
JUDICIAL CIRCUIT OF MADISON COUNTY ALABAMA**

| | |
|---|---|
| SHERELL ANNE DOLNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) Civil Action: <u>47-CV-2021-900402</u> |
| | ) |
| AETNA LIFE INSURANCE COMPANY, | ) |
| An insurance company licensed by the | ) |
| State of Alabama; THE HARTFORD | ) |
| FINANCIAL SERVICES GROUP, INC., | ) |
| A corporation; and HARTFORD LIFE AND | ) |
| ACCIDENT INSURANCE COMPANY, | ) |
| An insurance company licensed by the | ) |
| State of Alabama, | ) |
| | ) |
| Defendants. | ) |

## <u>Plaintiff's First Notice Identifying Discovery Materials</u>

Pursuant to the Standing Order of this Court as it pertains to discovery materials and <u>Alabama Rule of Civil Procedure</u> 5(d), please take notice that the following itemized discovery documents have been filed in this action and the originals of such documents are being retained by the Plaintiff's attorney as Custodian and that such itemized discovery documents are or will be served pursuant to <u>Alabama Rule of Civil Procedure</u> 4 with the Summons and Complaint:

[1] Plaintiff's First Set of Request for Production of Documents to the Defendant Hartford Life and Accident Insurance Company.

[2] Plaintiff's First Set of Request for Production of Documents to the Defendant The Hartford Financial Services Group, Inc.

[3] Plaintiff's First Set of Request for Production of Documents to the Defendant Aetna Life Insurance Company.

Date: March 29, 2021

Kenneth D. Hampton HAM033
Attorney for Plaintiff
Suite A, 2004 Poole Drive
Huntsville, Alabama 35810
Telephone: 256-859-8900
Fax: 256-859-8853
Email: kenhampton@hiwaay.net



AlaFile E-Notice

47-CV-2021-900402.00

To:   KENNETH D HAMPTON
      kenhampton@hiwaay.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

The following discovery was FILED on 3/29/2021 3:39:30 PM

Notice Date:      3/29/2021 3:39:30 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2021-900402.00

To:  AETNA LIFE INSURANCE COMPANY, CT CORPORATION SYSTE
REGISTERED AGENT 2 NORTH
JACKSON STREET SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

The following discovery was FILED on 3/29/2021 3:39:30 PM

Notice Date:      3/29/2021 3:39:30 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2021-900402.00

To: THE HARTFORD FINANCIAL SERVICES GROUP INC, CT CORP (F
SYSTEM REGISTERED AGENT
67 BURNSIDE AVENUE
EAST HARTFORD, CT, 06108-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

The following discovery was FILED on 3/29/2021 3:39:30 PM

Notice Date:     3/29/2021 3:39:30 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2021-900402.00

To: HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, CT (PI
CORPORATION SYSTEM, SUITE
605, 2 NORTH JACKSON ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

The following discovery was FILED on 3/29/2021 3:39:30 PM

Notice Date:      3/29/2021 3:39:30 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2021-900402.00

Judge: CHRIS COMER

To:   KENNETH D HAMPTON
      kenhampton@hiwaay.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

The following matter was FILED on 3/29/2021 3:41:57 PM

**C001 DOLNEY SHERELL ANNE**

REQUEST FOR ATTORNEY INITIATED CERTIFIED MAIL SERVICE

[Filer: HAMPTON KENNETH DEWAYNE]

Notice Date:     3/29/2021 3:41:57 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2021-900402.00

Judge: CHRIS COMER

To:  AETNA LIFE INSURANCE COMPANY, CT CORPORATION SYSTE
REGISTERED AGENT 2 NORTH
JACKSON STREET SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

The following matter was FILED on 3/29/2021 3:41:57 PM

**C001 DOLNEY SHERELL ANNE**

REQUEST FOR ATTORNEY INITIATED CERTIFIED MAIL SERVICE

[Filer: HAMPTON KENNETH DEWAYNE]

Notice Date:     3/29/2021 3:41:57 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2021-900402.00

Judge: CHRIS COMER

To:  THE HARTFORD FINANCIAL SERVICES GROUP INC, CT CORP (F
SYSTEM REGISTERED AGENT
67 BURNSIDE AVENUE
EAST HARTFORD, CT, 06108-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

The following matter was FILED on 3/29/2021 3:41:57 PM

**C001 DOLNEY SHERELL ANNE**

REQUEST FOR ATTORNEY INITIATED CERTIFIED MAIL SERVICE

[Filer: HAMPTON KENNETH DEWAYNE]

Notice Date:     3/29/2021 3:41:57 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2021-900402.00

Judge: CHRIS COMER

To: HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, CT (PI
CORPORATION SYSTEM, SUITE
605, 2 NORTH JACKSON ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

The following matter was FILED on 3/29/2021 3:41:57 PM

**C001 DOLNEY SHERELL ANNE**
REQUEST FOR ATTORNEY INITIATED CERTIFIED MAIL SERVICE
[Filer: HAMPTON KENNETH DEWAYNE]

Notice Date:       3/29/2021 3:41:57 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



**AlaFile E-Notice**

47-CV-2021-900402.00

Judge: CHRIS COMER

To: HAMPTON KENNETH DEWAYNE
kenhampton@hiwaay.net

# NOTICE OF CASE SETTING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

The following matter is SET FOR HEARING

**C001 DOLNEY SHERELL ANNE**

REQUEST FOR ATTORNEY INITIATED CERTIFIED MAIL SERVICE

[Filer: HAMPTON KENNETH DEWAYNE]

Hearing Date: 05/07/2021
Hearing Time: 09:45:00 AM
Location: ZOOM HEARING

Notice Date: 3/29/2021 4:51:41 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



**AlaFile E-Notice**

47-CV-2021-900402.00

Judge: CHRIS COMER

To: AETNA LIFE INSURANCE COMPANY, CT CORPORATION SYSTE
REGISTERED AGENT 2 NORTH
JACKSON STREET SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF CASE SETTING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

The following matter is SET FOR HEARING

**C001 DOLNEY SHERELL ANNE**

REQUEST FOR ATTORNEY INITIATED CERTIFIED MAIL SERVICE

[Filer: HAMPTON KENNETH DEWAYNE]

Hearing Date:     05/07/2021
Hearing Time:     09:45:00 AM
Location:         ZOOM HEARING

Notice Date:      3/29/2021 4:51:41 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

DOCUMENT 17

ELECTRONICALLY FILED
3/29/2021 3:43 PM
47-CV-2021-900402.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

**STATE OF ALABAMA**
Unified Judicial System       Revised 3/5/08       Cas

47-MADISON       ☐ District Court   ☑ Circuit Court       CV2

| | |
|---|---|
| SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY | **CIVIL MOTION COVER SHEET** |
| | Name of Filing Party:C001 - DOLNEY SHERELL ANNE |

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*       ☐ Oral Arguments Requested

KENNETH D HAMPTON

SUITE A, 2004 POOLE DRIVE

HUNTSVILLE, AL 35810

*Attorney Bar No.:*  HAM033

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e.Summary Judgment, Judgment on the Pleadings, orother Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative SummaryJudgment($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion(Summary Judgment,Judgment on the Pleadings, or other DispositiveMotion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Disburse Funds |
| ☐ Motion to Intervene ($297.00) | ☐ Extension of Time |
| ☐ Other _____ | ☐ In Limine |
| pursuant to Rule _____ ($50.00) | ☐ Joinder |
| | ☐ More Definite Statement |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| | ☐ Objection of Exemptions Claimed |
| ☐ Local Court Costs $   0 | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☑ Other   Request for Attorney Initiated Certified Mail Service |
| | pursuant to Rule  Rule 4(i)(2)(B)(ii)   (Subject to Filing Fee) |

| | | |
|---|---|---|
| Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) | Date:<br><br>3/29/2021 3:42:19 PM | Signature of Attorney or Party<br>/s/ KENNETH D HAMPTON |

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

DOCUMENT 7

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

ELECTRONICALLY FILED
3/29/2021 3:43 PM
47-CV-2021-900402.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

# IN THE CIRCUIT COURT FOR THE TWENTY-THIRD
## JUDICIAL CIRCUIT OF MADISON COUNTY ALABAMA

SHERELL ANNE DOLNEY,                       )
                                           )
                          Plaintiff,       )
                                           )
Vs.                                        ) Civil Action: <u>47-CV-2021-900402</u>
                                           )
AETNA LIFE INSURANCE COMPANY,              )
An insurance company licensed by the       )
State of Alabama; THE HARTFORD             )
FINANCIAL SERVICES GROUP, INC.,            )
A corporation; and HARTFORD LIFE AND       )
ACCIDENT INSURANCE COMPANY,                )
An insurance company licensed by the       )
State of Alabama,                          )
                                           )
                          Defendants.      )


## Plaintiff Requests Certified Mail Service on the Defendants

Comes now the Plaintiff pursuant to <u>Alabama Rule of Civil Procedure</u> 4 and <u>Alabama Rule of Civil Procedure</u> 4(i)(2)(B)(ii) permitting attorney initiated service and requests that certified mail service of the Summons and Complaint in this matter be made on the Defendants, return receipt requested, by serving the Defendant as follows using attorney initiated service:

[1]
Aetna Life Insurance Company
C/O CT Corporation System
Registered Agent for Aetna Life Insurance Company
2 North Jackson Street
Suite 605
Montgomery, Alabama 36104

[2]
The Hartford Financial Services Group, Inc.
C/O CT Corporation System
Registered Agent for The Hartford Financial Services Group, Inc.
67 Burnside Avenue
East Hartford, CT 06108-3408

[3]
Hartford Life and Accident Insurance Company
C/O number CT Corporation System
Registered Agent for Hartford Life and Accident Insurance Company
2 North Jackson Street
Suite 605
Montgomery, Alabama 36104


Date: March 29, 2021

Kenneth D. Hampton HAM033
Attorney for Plaintiff
Suite A, 2004 Poole Drive
Huntsville, Alabama 35810
Telephone: 256-859-8900
Fax: 256-859-8853
Email: kenhampton@hiwaay.net

2

ELECTRONICALLY FILED
3/29/2021 3:44 PM
47-CV-2021-900402.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

## IN THE CIRCUIT COURT FOR THE TWENTY
## JUDICIAL CIRCUIT OF MADISON COUNTY ALABAMA

| | |
|---|---|
| SHERELL ANNE DOLNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) Civil Action: <u>47-CV-2021-900402</u> |
| | ) |
| AETNA LIFE INSURANCE COMPANY, | ) |
| An insurance company licensed by the | ) |
| State of Alabama; THE HARTFORD | ) |
| FINANCIAL SERVICES GROUP, INC., | ) |
| A corporation; and HARTFORD LIFE AND | ) |
| ACCIDENT INSURANCE COMPANY, | ) |
| An insurance company licensed by the | ) |
| State of Alabama, | ) |
| | ) |
| Defendants. | ) |

### <u>Affidavit of Certified Mailing of Process and Complaint</u>

Comes now the attorney for the Plaintiff pursuant to <u>Alabama Rule of Civil Procedure</u> 4(i)(2)(B)(ii) and after first being given an affirmation to speak the truth does depose and state:

I, Kenneth D. Hampton, did on  March 29, 2021 initiate certified mail service by placing a filed copy of the Summons and Complaint, issued by the Clerk of the below designated Court on March 29, 2021, together with Plaintiff's Request for Production to each Defendant in the United States mail, certified mail with return receipt, copies of the return receipts being attached hereto, and with postage prepaid to the following persons, corporations, governmental entities, or other entities:

<u>Entity Served</u>                                                    <u>Certified Mail Number</u>

[1]
Aetna Life Insurance Company                          7011 2970 0000 4991 4749
C/O CT Corporation System
Registered Agent for Aetna Life Insurance Company
2 North Jackson Street
Suite 605
Montgomery, Alabama 36104

----------------
Page | 1

[2]
The Hartford Financial Services Group, Inc.                    7011 2970 0000 4991 4725
C/O CT Corporation System
Registered Agent for The Hartford Financial Services Group, Inc.
67 Burnside Avenue
East Hartford, CT 06108-3408

[3]
Hartford Life and Accident Insurance Company                  7011 2970 0000 4991 4718
C/O number CT Corporation System
Registered Agent for Hartford Life and Accident Insurance Company
2 North Jackson Street
Suite 605
Montgomery, Alabama 36104


I have further caused the originals of the return receipts to be returned to the Circuit Court Clerk

of Madison County, Alabama whose address is: Circuit Court Clerk, Civil, Madison County Courthouse,

100 North Side Square, Huntsville, Alabama, 35801-4280 with the return receipts showing the following

case number: 47-CV-2021-900402. I have personal knowledge of the facts stated in this affidavit and

they are true and correct.

Date:  March 29 , 2021

                              _Kenneth D. Hampton_
                              Kenneth D. Hampton [HAM033]
                              Attorney For Plaintiff/Appellant
                              Suite A
                              2004 Poole Drive
                              Huntsville, Al 35810
                              Telephone: 256-859-8900
                              Fax: 256-859-8853
                              E-Mail:kenhampton@hiwaay.net

 State of Alabama)
County of Madison)

### Notary Public

     Before me personally appeared the above and foregoing Kenneth D. Hampton, Attorney, and
after first making himself known to me, and after first providing proof that he is a natural born citizen of
the United States of America and after first being given an affirmation to speak the truth, he did in my

presence, attest and affirm the above and foregoing Affidavit of Certified Mailing of Process and Complaint on this the _29th_ day of March, 2021.

Notary Public, State at Large

My Commission Expires on: _April 9_____ , 202_3_

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Aetna Life Insurance Company
C/O CT Corporation System
Registered Agent for Aetna
Life Insurance Compay
2 North Jackson Street, Suite605
Montgomery, Alabama 36104

9590 9402 4958 9063 7248 96

2. Article Number *(Transfer from service label)*

7011 2970 0000 4991 4749

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Hartford Financial Services
Inc. C/O CT Corporation System
Registered Agent for The
Hartford Financial Services
67 Burnside Avenue
East Hartford, CT 06108-3408

9590 9402 4958 9063 7246 36

7011 2970 0000 4991 4725

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hartford Life and Accident
Insurance Company
C/O number CT Corporation System
Registered Agent for Hartford Life
2 North Jackson Street,Suite 605
Montgomery, Alabama 36104

9590 9402 4958 9063 7246 29

2. Article Number *(Transfer from service label)*

7011 2970 0000 4991 4718

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt



**AlaFile E-Notice**

47-CV-2021-900402.00

To: KENNETH D HAMPTON
kenhampton@hiwaay.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

The following AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT
was FILED on 3/29/2021 3:43:34 PM

Notice Date:    3/29/2021 3:43:34 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



**AlaFile E-Notice**

47-CV-2021-900402.00

To: AETNA LIFE INSURANCE COMPANY, CT CORPORATION SYSTE
REGISTERED AGENT 2 NORTH
JACKSON STREET SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

The following AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT
was FILED on 3/29/2021 3:43:34 PM

Notice Date:     3/29/2021 3:43:34 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2021-900402.00

Judge: CHRIS COMER

To: KENNETH D HAMPTON
kenhampton@hiwaay.net

# NOTICE OF VIRTUAL HEARING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

The following matter is SET FOR VIRTUAL HEARING

MOTION HEARING
3/29/2021 4:49:36 PM

Hearing Date:   05/07/2021
Hearing Time:   09:45:00 AM
Location:       Virtual Hearing

Notice Date:    3/29/2021 4:49:36 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2021-900402.00

Judge: CHRIS COMER

To:  AETNA LIFE INSURANCE COMPANY, CT CORPORATION SYSTE
     REGISTERED AGENT 2 NORTH
     JACKSON STREET SUITE 605
     MONTGOMERY, AL, 36104-0000

# NOTICE OF VIRTUAL HEARING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

The following matter is SET FOR VIRTUAL HEARING

MOTION HEARING

3/29/2021 4:49:36 PM

Hearing Date:     05/07/2021
Hearing Time:     09:45:00 AM
Location:         Virtual Hearing

Notice Date:      3/29/2021 4:49:36 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2021-900402.00

Judge: CHRIS COMER

To: THE HARTFORD FINANCIAL SERVICES GROUP INC, CT CORP (F
SYSTEM REGISTERED AGENT
67 BURNSIDE AVENUE
EAST HARTFORD, CT, 06108-0000

# NOTICE OF VIRTUAL HEARING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

The following matter is SET FOR VIRTUAL HEARING

MOTION HEARING

3/29/2021 4:49:36 PM

Hearing Date:     05/07/2021
Hearing Time:     09:45:00 AM
Location:         Virtual Hearing

Notice Date:      3/29/2021 4:49:36 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2021-900402.00

Judge: CHRIS COMER

To: HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, CT (PI
CORPORATION SYSTEM, SUITE
605, 2 NORTH JACKSON ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF VIRTUAL HEARING

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

The following matter is SET FOR VIRTUAL HEARING

MOTION HEARING

3/29/2021 4:49:36 PM

Hearing Date:     05/07/2021
Hearing Time:     09:45:00 AM
Location:         Virtual Hearing

Notice Date:      3/29/2021 4:49:36 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

**ELECTRONICALLY FILED**
3/29/2021 4:50 PM
47-CV-2021-900402.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

# IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

| | | |
|---|---|---|
| DOLNEY SHERELL ANNE,<br>Plaintiff, | ) | |
| | ) | |
| | ) | |
| V. | ) | Case No.:  CV-2021-900402.00 |
| | ) | |
| AETNA LIFE INSURANCE<br>COMPANY, CT CORPORATION<br>SYSTE, | ) | |
| THE HARTFORD FINANCIAL<br>SERVICES GROUP INC, CT CORP, | ) | |
| HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY, CT, | ) | |
| Defendants. | ) | |

## ORDER SETTING ZOOM HEARING

This matter is hereby reset for Zoom Virtual Hearing (Motion Hearing) on the **7th day of May, 2021** at **9:45 a.m.** The Zoom Link, Meeting ID and Password shall be sent by separate email and/or notice. **Attendance will only be allowed electronically through the virtual hearing.**

The Zoom Help Center can be found at the following link:

https://support.zoom.us/hc/en-us

**DONE this 29th day of March, 2021.**

/s/ **CHRIS COMER**
**CIRCUIT JUDGE**



AlaFile E-Notice

47-CV-2021-900402.00

Judge: CHRIS COMER

To:  HAMPTON KENNETH DEWAYNE
kenhampton@hiwaay.net

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

A court action was entered in the above case on 3/29/2021 4:51:01 PM

ORDER

[Filer: ]

Disposition:     PENDING
Judge:           CMC

Notice Date:     3/29/2021 4:51:01 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2021-900402.00

Judge: CHRIS COMER

To:  AETNA LIFE INSURANCE COMPANY, CT CORPORATION SYSTE
REGISTERED AGENT 2 NORTH
JACKSON STREET SUITE 605
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

A court action was entered in the above case on 3/29/2021 4:51:01 PM

ORDER

[Filer: ]

Disposition:     PENDING
Judge:           CMC

Notice Date:     3/29/2021 4:51:01 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2021-900402.00

Judge: CHRIS COMER

To:  THE HARTFORD FINANCIAL SERVICES GROUP INC, CT CORP (F
SYSTEM REGISTERED AGENT
67 BURNSIDE AVENUE
EAST HARTFORD, CT, 06108-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

A court action was entered in the above case on 3/29/2021 4:51:01 PM

ORDER

[Filer: ]

Disposition:     PENDING
Judge:           CMC

Notice Date:     3/29/2021 4:51:01 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2021-900402.00

Judge: CHRIS COMER

To: HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, CT (PI
CORPORATION SYSTEM, SUITE
605, 2 NORTH JACKSON ST
MONTGOMERY, AL, 36104-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

A court action was entered in the above case on 3/29/2021 4:51:01 PM

ORDER

[Filer: ]

Disposition:  PENDING
Judge:        CMC

Notice Date:  3/29/2021 4:51:01 PM

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Hartford Financial Services
Inc. C/O CT Corporation System
Registered Agent for The
Hartford Financial Services
67 Burnside Avenue
East Hartford, CT 06108-3408



9590 9402 4958 9063 7246 36

2. Article Number

7011 2970 0000 4991 4725

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____
        Gary Scarpitti

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

FILED IN OFFICE

APR 12 2021

DEBRA KIZER
Clerk, Circuit Court Madison Co., AL

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt





USPS TRACKING #

HARTFORD CT CO

8 APR 2021 PM 4 L

9590 9402 4958 9063 7246 36

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box®

Circuit Court Clerk, Civil

Madison County Courthouse

100 North Side Square

Huntsville, AL 35801-4280

Case Number: 47-CV-2021-1900402



AlaFile E-Notice

47-CV-2021-900402.00

Judge: CHRIS COMER

To:  HAMPTON KENNETH DEWAYNE
kenhampton@hiwaay.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

The following matter was served on 4/12/2021

**D002 THE HARTFORD FINANCIAL SERVICES GROUP INC, CT CORP**
**Corresponding To**
CERTIFIED MAIL

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390



AlaFile E-Notice

47-CV-2021-900402.00

Judge: CHRIS COMER

To: HAMPTON KENNETH DEWAYNE
kenhampton@hiwaay.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

The following matter was served on 4/5/2021

**D003 HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, CT**

**Corresponding To**

CERTIFIED MAIL

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hartford Life and Accident
Insurance Company
C/O number CT Corporation System
Registered Agent for Hartford Life
2 North Jackson Street, Suite 605
Montgomery, Alabama 36104

9590 9402 4958 9063 7246 29

2. Article Number (Transfer from service label)

7011 2970 0000 4991 4718

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☑ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

APR 0 5 2021

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No



FILED OFFICE
APR 12 2021
DEBRA KIZT
Clerk, Circuit Court, Morgan Co. AL

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt



USPS TRACKING #

MONTGOMERY AL 360

6 APR 2021 PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 4958 9063 7246 29

**United States**
**Postal Service**

Sender: Please print your name, address, and ZIP+4® in this box●

Circuit Court Clerk, Civil

Madison County Courthouse

100 North Side Square

Huntsville, AL 35801-4280

Case Number: 47-CV-2021-1900402

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Aetna Life Insurance Company
C/O CT Corporation System
Registered Agent for Aetna
Life Insurance Compay
2 North Jackson Street, Suite605
Montgomery, Alabama 36104



9590 9402 4958 9063 7248 96

2. Article Number *(Transfer from service label)*

7011 2970 0000 4991 4749

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                     ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
                                     APR 0 5 2021

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No



3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

USPS TRACKING #

MONTGOMERY AL 350

First-Class Mail
Postage & Fees Paid
USPS
Permit No.

9590 9402 4958 9063 7248 96

**United States**
**Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box*

Circuit Court Clerk, Civil

Madison County Courthouse

100 North Side Square

Huntsville, AL 35801-4280

CASE NUMBER: 47-CV-2021-1900402





AlaFile E-Notice

47-CV-2021-900402.00

Judge: CHRIS COMER

To:  HAMPTON KENNETH DEWAYNE
kenhampton@hiwaay.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

SHERELL ANNE DOLNEY V. AETNA LIFE INSURANCE COMPANY, CT CORPORATION SY
47-CV-2021-900402.00

The following matter was served on 4/5/2021

**D001 AETNA LIFE INSURANCE COMPANY, CT CORPORATION SYSTE**
**Corresponding To**
CERTIFIED MAIL

DEBRA KIZER
CIRCUIT COURT CLERK
MADISON COUNTY, ALABAMA
MADISON COUNTY, ALABAMA
100 NORTHSIDE SQUARE
HUNTSVILLE, AL, 35801

256-532-3390