UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **SHERRELL ANNE DOLNEY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 5:21-cv-620-CLS |
| | ) |
| **AETNA LIFE INSURANCE COMPANY,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This action is before the court on the joint stipulation of dismissal filed by plaintiff Sherrell Anne Dolney and defendant Aetna Life Insurance Company (doc. no. 14). All of plaintiff's claims against Aetna Life Insurance Company are hereby DISMISSED with prejudice. Costs are taxed as paid. The action remains pending against defendant Hartford Life and Accident Insurance Company.

**DONE** and **ORDERED** this 5th day of January, 2022.

_____
Senior United States District Judge