# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **SHERRELL ANNE DOLNEY,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Civil Action No. 5:21-cv-620-CLS |
| **AETNA LIFE INSURANCE COMPANY,** *et al.*, | ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL

This action is before the court on the joint stipulation of dismissal filed by plaintiff Sherrell Anne Dolney and defendant Hartford Life and Accident Insurance Company (doc. no. 16). All of plaintiff's claims against Hartford Life and Accident Insurance Company are hereby DISMISSED with prejudice. Costs are taxed as paid. The Clerk is directed to close this file.

**DONE** and **ORDERED** this 24th day of January, 2022.

_____
Senior United States District Judge